REED SMITH LLP
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (pro hac vice)
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jmccarroll@reedsmith.com
        jsiev@reedsmith.com
        kgwynne@reedsmith.com

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Aramid Entertainment Fund Limited, *et al.*, | Case No.: 14-11802 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| | Relates to ECF No. 368 |

**NOTICE OF AGENDA OF**
**MATTERS SCHEDULED FOR HEARING ON**
**JUNE 17, 2015 AT 3:00 P.M.**

Date and Time:    June 17, 2015 at 3:00 p.m. (Prevailing Eastern Time)

Location of Hearing: United States Bankruptcy Court for the Southern District
of New York, Alexander Hamilton Custom House,
One Bowling Green, Room 701,
New York, New York 10004-1408

---

[1] The Debtors and, if applicable and known, the last four digits of their taxpayer identification numbers are as follows: Aramid Entertainment Fund Limited; Aramid Liquidating Trust, Ltd. (f/k/a Aramid Entertainment Participation Fund Limited); and Aramid Entertainment, Inc. (0704). The Debtors' U.S. address is c/o Kinetic Partners, 675 Third Avenue, 21st Floor, New York, NY 10017.

A.  **UNCONTESTED MATTERS GOING FORWARD**

    1.    Motion of Debtors and Debtors-In-Possession for an Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing Aramid Entertainment Fund Limited (I) to Release its Liens on Incentive Filmed Entertainment, LLC's Membership Interest in Sierra Pictures, LLC and (II) to Cause Incentive Filmed Entertainment, LLC to Consummate the Sierra Transaction [Docket # 368].

    Response Deadline: June 10, 2015

    Related Document(s):

    (A)    Notice of Hearing on Motion of Debtors and Debtors-In-Possession for an Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing Aramid Entertainment Fund Limited (I) to Release its Liens on Incentive Filmed Entertainment, LLC's Membership Interest in Sierra Pictures, LLC and (II) to Cause Incentive Filmed Entertainment, LLC to Consummate the Sierra Transaction [Docket # 368].

    (B)    Proposed Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing Aramid Entertainment Fund Limited (I) to Release its Liens on Incentive Filmed Entertainment, LLC's Membership Interest in Sierra Pictures, LLC and (II) to Cause Incentive Filmed Entertainment, LLC to Consummate the Sierra Transaction [Docket # 368-1].

    (C)    Declaration of Geoffrey Varga in Support of Motion of Debtors and Debtors-In-Possession for an Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing Aramid Entertainment Fund Limited (I) to Release its Liens on Incentive Filmed Entertainment, LLC's Membership Interest in Sierra Pictures, LLC and (II) to Cause Incentive Filmed Entertainment, LLC to Consummate the Sierra Transaction [Docket # 369].

    (D)    Certificate of No Objection Regarding Docket No. 368 [Docket # 374].

    Responses/Replies Received:    No objections filed.

    Status:    This matter is going forward. A Certificate of No Objection has been filed along with a proposed Order.

Dated:  June 15, 2015
New York, New York

Respectfully submitted,

REED SMITH LLP

/s/ James C. McCarroll
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (pro hac vice)
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
       jsiev@reedsmith.com
       kgwynne@reedsmith.com

*Counsel for the Debtors and Debtors in Possession*