UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Aramid Entertainment Fund Limited, *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No.: 14-11802 (SHL)<br><br>(Jointly Administered)<br><br>RE: ECF No. 516 |

**ORDER REGARDING SECOND OMNIBUS OBJECTION
(CLAIMS OF ABN AMRO FUND SERVICES)**

Upon consideration of the Second Omnibus Objection (the "Objection")[2] filed by the above-captioned debtors and debtors in possession, and due and sufficient notice of the Objection and hearing thereon having been given to the claimants subject to the Objection and other parties in interest entitled to such notice; and upon consideration of the Objection, the claims filed by ABN AMRO Fund Services (Isle of Man Nominees Ltd.) ("ABN AMRO") subject thereto; and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), for the reasons set forth in the Objection; the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of this Objection and the hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and Orders of this Court; and the Court having determined that the legal and factual bases set forth in the Objection, the Shakespeare Declaration, the Varga Declaration and at the hearing establish cause for the relief granted herein, it is hereby

---

[1] The Debtors and, if applicable and known, the last four digits of their taxpayer identification numbers are as follows: Aramid Entertainment Fund Limited; Aramid Liquidating Trust, Ltd. (f/k/a Aramid Entertainment Participation Fund Limited); and Aramid Entertainment, Inc. (0704). The Debtors' U.S. address is c/o Duff & Phelps, LLC, 55 East 52nd Street, 31st Floor, New York, NY 10055.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Objection.

ORDERED THAT, the Objection is sustained as set forth herein with respect to proofs of claim filed by ABN AMRO;

ORDERED THAT, the Redemption Claims filed by ABN AMRO listed in attached Exhibit A are hereby recharacterized as equity interests in AEF in the amount of the underlying equity interests held by the interest holder;

ORDERED THAT, the Equity-Based Claims filed by ABN AMRO listed in attached Exhibit B are subordinated to all claims and interests that are senior or equal to the equity interests upon which such Equity-Based Claims are based;

ORDERED THAT, the Interest Claims filed by ABN AMRO listed in attached Exhibit C are hereby recharacterized as proofs of equity interest;

ORDERED THAT, the Insufficient Documentation Claims filed by ABN AMRO listed in attached Exhibit D are disallowed and expunged;

ORDERED THAT, any claim that is disallowed pursuant to this Order will be disallowed and expunged notwithstanding the listing of such claim as recharacterized or subordinated in any exhibit to this Order. In addition, nothing in this Order shall prejudice, waive, or impair any of the Debtors' substantive or other defenses, objections, or counterclaims to any of the claims listed in Exhibits A-D to the Motion (or this Order), and all such defenses, objections and counterclaims are expressly preserved; and it is further

ORDERED THAT, this Court shall retain jurisdiction relating to the interpretation and implementation of this Order.

Dated: December 16, 2015
      New York, New York

                                    */s/ Sean H. Lane*
                                    Honorable Sean H. Lane
                                    United States Bankruptcy Judge

# EXHIBIT A

**EXHIBIT A – REDEMPTION CLAIMS- ABN AMRO FUND SERVICES - RECHARACTERIZED**

*In re Aramid Entertainment Fund Limited, et al.,*
Case No. 14-11802 (SHL) (Jointly Administered)

Second Omnibus Objection to Claims

| Ref. No. | Claimant | Case 14-11802 (Aramid Entertainment Fund Ltd.) Claim No. | Case 14-11803 (Aramid Liquidating Trust, Ltd.) Claim No. | Case 14-11804 (Aramid Entertainment, Inc.) Claim No. | Claim Amount | Cross-Reference To Page In Objection |
|---|---|---|---|---|---|---|
| 2 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 12 | N/A | $2,486,559.84 | pp. 7-11 |
| 3 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 13 | N/A | $2,857,009.67 | pp. 7-11 |

# EXHIBIT B

# EXHIBIT B – EQUITY BASED CLAIMS - ABN AMRO FUND SERVICES – SUBORDINATED

*In re Aramid Entertainment Fund Limited, et al.,*
Case No. 14-11802 (SHL) (Jointly Administered)

Second Omnibus Objection to Claims

| Ref. No. | Claimant | Case 14-11802 (Aramid Entertainment Fund Ltd.) Claim No. | Case 14-11803 (Aramid Liquidating Trust, Ltd.) Claim No. | Case 14-11804 (Aramid Entertainment, Inc.) Claim No. | Claim Amount | Cross-Reference To Page In Objection |
|---|---|---|---|---|---|---|
| 2 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 12 | N/A | $2,486,559.84 | pp. 7-11 |
| 3 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 13 | N/A | $2,857,009.67 | pp. 7-11 |

# EXHIBIT C

# EXHIBIT C – INTEREST CLAIMS - ABN AMRO FUND SERVICES - RECHARACTERIZED

*In re Aramid Entertainment Fund Limited, et al.,*
Case No. 14-11802 (SHL) (Jointly Administered)

Second Omnibus Objection to Claims

| Ref. No. | Claimant | Case 14-11802 (Aramid Entertainment Fund Ltd.) Claim No. | Case 14-11803 (Aramid Liquidating Trust, Ltd.) Claim No. | Case 14-11804 (Aramid Entertainment, Inc.) Claim No. | Claim Amount | Cross-Reference To Page In Objection |
|---|---|---|---|---|---|---|
| 2 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 12 | N/A | $2,486,559.84 | pp. 7-11 |
| 3 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 13 | N/A | $2,857,009.67 | pp. 7-11 |

# EXHIBIT D

# EXHIBIT D – INSUFFICIENT DOCUMENTATION CLAIMS - ABN AMRO FUND SERVICES – DISALLOWED

Second Omnibus Objection to Claims

*In re Aramid Entertainment Fund Limited, et al.,*
Case No. 14-11802 (SHL) (Jointly Administered)

| Ref. No. | Claimant | Case 14-11802 (Aramid Entertainment Fund Ltd.) Claim No. | Case 14-11803 (Aramid Liquidating Trust, Ltd.) Claim No. | Case 14-11804 (Aramid Entertainment, Inc.) Claim No. | Claim Amount | Cross-Reference To Page In Objection |
|---|---|---|---|---|---|---|
| 2 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 12 | N/A | $2,486,559.84 | pp. 7-11 |
| 3 | ABN AMRO Fund Services (Isle of Man) Nominees Ltd c/o Mr. Steven Bartel Absolute Return Partners 16 Water Lane Richmond, Surrey TW9 1TJ Surrey, AK 00-00 | N/A | 13 | N/A | $2,857,009.67 | pp. 7-11 |