REED SMITH LLP
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (pro hac vice)
599 Lexington Avenue
New York, NY  10022-7650
Telephone:  (212) 521-5400
Facsimile:  (212) 521-5450
Email: jmccarroll@reedsmith.com
        jsiev@reedsmith.com
        kgwynne@reedsmith.com

Counsel for the Aramid Distribution Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Aramid Entertainment Fund Limited, *et al.*, | Case No.:  14-11802 (SHL) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF GEOFFREY VARGA REGARDING
DISBURSEMENTS MADE BY THE DEBTORS
FOR THE PERIOD OCTOBER 1, 2017 THROUGH DECEMBER 31, 2017**

I, Geoffrey Varga, declare as follows:

1. I am older than 21 years of age and am competent to make this Declaration.

2. I am a Managing Director of Duff & Phelps LLC, 55 East 52nd Street, 31st Floor, New York, NY 10055.

3. I am a voluntary liquidator of Aramid Entertainment Fund Limited ("AEF") and Aramid Liquidating Trust, Ltd. ("ALTL").  AEF, ALTL, and Aramid Entertainment, Inc. ("AEI"

---

[1] The Debtors and, if applicable and known, the last four digits of their taxpayer identification numbers are as follows: Aramid Entertainment Fund Limited; Aramid Liquidating Trust, Ltd. (f/k/a Aramid Entertainment Participation Fund Limited); and Aramid Entertainment, Inc. (0704).  The Debtors' U.S. address is c/o Duff & Phelps, LLC, 55 East 52nd Street, 31st Floor, New York, NY 10055.

and together with ALTL and AEF, the "Debtors"), a wholly owned subsidiary of AEF, are the debtors in these Chapter 11 Cases.

4. On February 19, 2016, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law, and Order Confirming the Modified First Amended Joint Liquidating Plan of Reorganization of the Debtors and Debtors in Possession dated January 28, 2016 [Dkt. #710] (the "Confirmation Order") confirming the Modified First Amended Joint Liquidating Plan of Reorganization of the Debtors and Debtors in Possession dated January 28, 2016 [Dkt. #667] (the "Plan").

5. On February 25, 2016 (the "Effective Date"), confirmation of the Plan became effective. See Notice of (I) Entry of Order Confirming Modified First Amended Joint Liquidating Plan of Reorganization of the Debtors and Debtors in Possession dated January 28, 2016, (II) Distribution Record Date, and (III) Occurrence of the Effective Date [Dkt. #718]. On the Effective Date, the Distribution Trust was created pursuant to Article III.C.1 of the Plan and paragraph 2.1 of the Distribution Trust Agreement (as defined in the Plan). Pursuant to Article III.C.2 of the Plan and effective as of the Effective Date, all Distribution Trust Assets (as defined in the Plan) were transferred to the Distribution Trust.

6. I serve as the Distribution Trustee (as defined in the Plan).

7. I submit this Declaration regarding the attached disbursement information for the Aramid Distribution Trust for the period **October 1, 2017 through December 31, 2017** (the "Disbursement Report"). The Disbursement Report is attached as Exhibit A and is incorporated by reference.

8. The Disbursement Report is filed in compliance with reporting requirements as outlined in the Plan and Confirmation Order. As provided in the Plan, the Distribution Trust will

pay United States Trustee quarterly fees due under 28 U.S.C. § 1930(a)(6), plus any interest due and payable under 31 U.S.C. § 3717 on all disbursements made by the Distribution Trust during the pendency of each Debtor's chapter 11 case, including payments under the Plan and disbursements in and outside the ordinary course of such Debtor's business, until the entry of a final decree, dismissal or conversion of such Debtor's case to Chapter 7, and shall provide the United States Trustee with related quarterly disbursement information as provided in the Plan (see Plan at Art. II.A.1.b.).

9. To the best of my knowledge, the Disbursement Report accurately sets forth the disbursements.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2018                   /s/Geoffrey Varga
                                         Geoffrey Varga, Distribution Trustee

# EXHIBIT A

**Fourth Quarter**

**(October 1, 2017 to December 31, 2017)**

**Disbursement Report**

Schedule 1

In re: Aramid Entertainment Fund Limited, et al.
Case No. 14-11802 (SHL) (Jointly Administered)
Reporting Period: October 1, 2017 – December 31, 2017
Cash Disbursements by Debtors

| Petitioning Entities | Case Number | Disbursements 1-October to 31-October 2017 USD | Disbursements 1-November to 30-November 2017 USD | Disbursements 1-December to 31-December 2017 USD | Disbursements Total as of 31-December 2017 USD |
|---|---|---|---|---|---|
| Aramid Entertainment Fund Limited | 14-11802 | $37,239.59 | $8,677.39 | $14,548.82 | $60,465.80 |
| Aramid Liquidating Trust Limited | 14-11803 | $325.00 | $0.00 | $0.00 | $325.00 |
| Aramid Entertainment, Inc. | 14-11804 | $325.00 | $0.00 | $0.00 | $325.00 |
| **Total Cash Disbursements (a)(b)** | | **$37,889.59** | **$8,677.39** | **$14,548.82** | **$61,115.80** |

(a) Disbursements are actual cash disbursements made for the period.
(b) Excludes transfer of funds between accounts.