REED SMITH LLP
James C. McCarroll
Jordan W. Siev
Kurt F. Gwynne (pro hac vice)
599 Lexington Avenue
New York, NY 10022-7650
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jmccarroll@reedsmith.com
       jsiev@reedsmith.com
       kgwynne@reedsmith.com

Counsel for the Aramid Distribution Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Aramid Entertainment Fund Limited, *et al.*, | Case No.: 14-11802 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| | Relates to Dkt. Nos. 942, 943 and 944 |

## AFFIDAVIT OF SERVICE

State of New York    :
                     : ss
County of New York   :

Christopher M. LauKamg, being duly sworn, deposes and says:

1. I am employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, New York 10022. I am over 18 years of age and am not a party to this above-captioned proceeding.

2. On February 26, 2018, I caused to be served true and correct copies of the following documents:

---

[1] The Debtors and, if applicable and known, the last four digits of their taxpayer identification numbers are as follows: Aramid Entertainment Fund Limited; Aramid Liquidating Trust, Ltd. (f/k/a Aramid Entertainment Participation Fund Limited); and Aramid Entertainment, Inc. (0704). The Debtors' U.S. address is c/o Duff & Phelps, LLC, 55 East 52nd Street, 31st Floor, New York, NY 10055.

- Objection of Aramid Distribution Trust to Motion of David Molner for Clarification and/or Relief From Stay From the Parties' So Ordered May 10, 2016 Agreement to Arbitrate [Dkt. No. 942];

- Declaration of Jordan W. Siev in Support of Aramid Distribution Trust's Objection to Motion of David Molner for Clarification and/or Relief From Stay From the Parties' So Ordered May 10, 2106 Agreement to Arbitrate [Dkt. No. 943]; and

- Notice of Agenda of Matters Scheduled for Hearing on February 28, 2018 at 10:00 A.M. [Dkt. No. 944].

upon the party listed below by hand delivery

**HAND DELIVERY**

Office of the United States Trustee
Attn: Andrea B. Schwartz
201 Varick Street
New York, New York 10014

and upon the service list attached hereto by First Class Mail.

                                                  Christopher M. LauKamg

Sworn to before me this
26th day of February, 2018

SANDRA ANCHUNDIA RAMOS
Notary Public, State of New York
No. 01AN4919484
Qualified in Westchester County
Commission Expires 06/22/20__

Jeffer Mangels Butler & Mitchell, LLP
c/o John A. Graham, Esq.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Baker & McKenzie
Jose Maria Mendez
Paseo de la Castellana, 92
28046 Madrid
Spain

Meeting Zone, Ltd
Oxford House
Oxford Road
Thame
Oxfordshire OX9 2AH
United Kingdom

Tyser
John Walsh
Beaufort House
15 St. Botolph Street
London EC3A 7EE
United Kingdom

Loyens & Loeff, N.V.
Yvonne van Beek
Postbus 71170, 1008 BD
AMSTERDAM
Netherlands

McDermott Will & Emery
Charles Weir
2049 Century Park East, Suite 3800
Los Angeles, CA 90067

The Law Offices of Steven Goldsobel
Steven Goldsobel
1901 Avenue of the Stars, Suite 1750
Los Angeles, CA 90067

Mourant Ozannes
Nicholas Fox
94 Solaris Avenue
Camana Bay
P.O. Box 1348
Grand Cayman KY1-1108
Cayman Islands

KBC Investments Cayman Islands V, Ltd.
111 Old Broad Street
London EC2N 1 FP
United Kingdom

Weinberg Zareh & Geyerhahn, LLP
c/o Omid Zareh, Esq.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

BDO USA, LLP
Elie Kurtz
1888 Century Park East, 4th Floor
Los Angeles, CA 90067

Stroock Stroock & Lavan, LLP
Michael Newtown
2029 Century Park East
Los Angeles, CA 90067

Jeffer Mangels Butler & Mitchell, LLP
Joseph A. Eisenberg, P.C.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

William K. Harrington
United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Guidepost Solutions, LLC
Andrew O'Connell
415 Madison Ave, 11th Floor
New York, NY 10017

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Admiral Administration, Ltd
Admiral Financial Centre
Attention: Scott Boutilier
90 Fort Street
P.O. Box 32021
Grand Cayman KY1-1208
Cayman Islands

NYS Department of Taxation And Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0330

Levene Neale Bender Yoo & Brill, LLP
c/o David Neale
Todd Arnold
10250 Constellation Blvd, Suite 1700
Los Angeles, CA 90067

Weingarten Brown, LLP
c/o Alex M. Weingarten, Esq.
Micol O. Sordina, Esq.
10866 Wilshire Blvd., Suite 500
Los Angeles, CA 90024

Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

NYC Department of Finance
345 Adams Street, 3rd Floor
Attention: Legal Affairs
Brooklyn, NY 12201

Buchalter Nemer, PC
Jeffrey K. Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514

Sills Cummis & Gross, P.C.
c/o Andrew H. Sherman, Esq.
One Riverfront Plaza
Newark, NJ 07102

Bienert, Miller & Katzman, PLC
c/o Steven J. Katzman, Esq.
Anthony R. Bisconti, Esq.
903 Calle Amanecer, Suite 350
San Clemente, CA 92673

Orrick, Herrington & Sutcliffe, LLP
c/o Laura D. Metzger, Esq.
Peter J. Amend, Esq.
51 West 52nd Street
New York, NY 10019

Foley & Lardner, LLP
c/o Douglas E. Spelfogel, Esq.
Richard J. Bernard, Esq.
Derek L. Wright, Esq.
90 Park Avenue
New York, NY 10016

Kaplan Rice, LLP
c/o Howard J. Kaplan, Esq.
Michelle A. Rice, Esq.
142 West 57th Street, Suite 4A
New York, NY 10019

Klestadt Winters Jureller
Southard & Stevens, LLP
c/o Tracy L. Klestadt, Esq.
John E. Jureller, Jr., Esq.
200 West 41st Street, 17th Floor
New York, NY 10036

Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
c/o Matthew Cono Capozzoli, Esq.
875 Third Avenue, 9th Floor
New York, NY 10022

Sulmeyer Kupetz P.C.
c/o Victor A. Sahn, Esq.
Steven F. Werth, Esq.
333 South Hope Street, 35th Floor
Los Angeles, CA 90071

PKF O'Connor Davies, LLP
Dean M. Hottle
500 Mamaroneck Avenue, Suite 301
Harrison, NY 10528

Irell & Manella, LLP
Jeffery M. Reisner, Esq.
Kerri A. Lyman, Esq.
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

Curtis, Mallet-Prevost,
Colt & Mosle, LLP
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
101 Park Avenue
New York, NY 10178

Maples and Calder
Lara L. Kuehl
PO Box 309, Ugland House
South Church Street
George Town
Grand Cayman KY1-1104
Cayman Islands

K&L Gates LLP
Peter G. Rush, Esq.
Sven T. Nylen, Esq.
70 West Madison Street, Suite 3100
Chicago, IL 60602

Idea Junction Ltd.
c/o Freeman Carr
Freeman Carr House 58
58 Crown Road
Twickenham TW1 3EH
United Kingdom

KBC Investments Cayman Islands V Ltd.
c/o Intertrust Cayman Islands
190 Elgin Avenue
George Town, Grand Cayman
KY 1-9005
Cayman Islands

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Bruce R. Braun

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Gregory G. Ballard
Andrew P. Propps

Jeff Caress
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601

William Butrym
Houlihan Capital Advisors, LLC
500 West Madison Street, Suite 2600
Chicago, IL 60661

Christopher Butcher
Michael Watkins
Taylor Wessing LLP
5 New Street Square
London
EC4A 3TW
DX 41 London

David Molner
85 East End Avenue
New York, NY 10028